# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:

    VALERIE IDLEBURG

    Debtor(s)

Case No. 15-37523

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 11/03/2015.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 02/22/2016.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $0.00

---

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $0.00

Attorney fees paid and disclosed by debtor:       $0.00

---

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACL INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Ad Astra Recovery Serv | Unsecured | 194.52 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ADVANTAGE HEALTH SOLUTIONS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Advocate Medical Group | Unsecured | 12.00 | NA | NA | 0.00 | 0.00 |
| American Financial Cre | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| American Financial Cre | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN WEB LOAN | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 352.50 | 840.44 | 840.44 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 390.00 | 390.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 1.00 | 350.00 | 350.00 | 0.00 | 0.00 |
| CAPITAL SOLUTION INVESTMENTS | Unsecured | NA | 278.02 | 278.02 | 0.00 | 0.00 |
| CARDIOLOGY ASS OF NW INDIANA | Unsecured | 290.00 | NA | NA | 0.00 | 0.00 |
| Cash Advance Centers of IL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CERTEGY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 415.01 | 498.86 | 498.86 | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 1.00 | 745.18 | 745.18 | 0.00 | 0.00 |
| Collection Services | Unsecured | 591.66 | NA | NA | 0.00 | 0.00 |
| Credit Collection Services | Unsecured | 1,107.00 | NA | NA | 0.00 | 0.00 |
| DOLTON OPTOMETRIC CENTER | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| DWD REVIEW BOARD | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| ECARE COLLECTIONS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CO L | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| FAGEN PHARMACY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| FIRST RATE FINANCIAL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| FIRST SOURCE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| FIRST SOURCE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FRANCISCAN ALLIANCE INC | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE INC | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEMS | Unsecured | 832.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Unsecured | 255.13 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPT OF REVENUE | Priority | 1,600.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS LENDING CORP | Unsecured | NA | 825.16 | 825.16 | 0.00 | 0.00 |
| ILLINOIS LENDING CORP | Unsecured | 261.79 | 261.79 | 261.79 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 4,482.00 | 4,469.79 | 4,469.79 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| JPMORGAN CHASE BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| KOMYATTE & ASSOC. | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| LOAN EXPRESS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| LOAN EXPRESS | Unsecured | 262.24 | NA | NA | 0.00 | 0.00 |
| MEDICAL SPECIALISTS PC | Unsecured | 224.53 | NA | NA | 0.00 | 0.00 |
| METROSOUTH MEDICAL CTR | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MICHAEL A WOOD | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST TITLE LOANS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MILLENNIUM CREDIT CONSULTANT | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 2,118.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 2,165.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 2,002.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 2,095.00 | NA | NA | 0.00 | 0.00 |
| NETSPEND INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN INDIANA REGION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY CONSULTANTS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PATRICK PONTEE MD | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,377.00 | 1,088.13 | 1,088.13 | 0.00 | 0.00 |
| PORANIA LLC | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 110.00 | 212.64 | 212.64 | 0.00 | 0.00 |
| QUICK PAYMENT SERVICE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Regional Recovery Services, Inc. | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| SOCIAL SECURITY ADMIN | Unsecured | 6,535.00 | NA | NA | 0.00 | 0.00 |
| Speedy Cash | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ST MARGRET MERCY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ST MARGRET MERCY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ST MARGRET MERCY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ST MARGRET MERCY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ST MARGRET MERCY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ST MARGRET MERCY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ST MARGRET MERCY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ST MARGRET MERCY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ST MARGRET MERCY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ST MARGRET MERCY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ST MARGRET MERCY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ST MARGRET MERCY | Unsecured | 353.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| THE LOAN MACHINE | Unsecured | 1,070.93 | NA | NA | 0.00 | 0.00 |
| UNITED CASH LOANS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US FAST CASH | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF RIVERDALE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$10,470.01** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| | |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/30/2016                    By: /s/ Tom Vaughn
                                                          Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**